IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CITIBANK, N.A. | ) |
| Plaintiff, | ) |
| v. | ) |
| GEORGE W. JACKSON, | ) |
| Defendant. | ) Civil Action No. 3:16-cv-00712-GCM |
| GEORGE W. JACKSON, | ) |
| Third-Party Plaintiff, | ) |
| v. | ) |
| HOME DEPOT U.S.A., INC. and CAROLINA WATER SYSTEMS, INC. | ) |
| Third-Party Defendants. | ) |

### HOME DEPOT U.S.A., INC.'S
### MOTION TO REALIGN THE PARTIES

Home Depot U.S.A., Inc. ("Home Depot") respectfully moves the Court for an order realigning the parties in this case. For the reasons more fully addressed in its accompanying Memorandum of Law, Home Depot requests that the Court designate George W. Jackson as the Plaintiff in this civil action and designate Home Depot and the two other parties to this lawsuit, Carolina Water Systems, Inc. ("CWS") and Citbank, N.A. ("Citibank"), as the Defendants. Counsel for Home Depot has conferred with counsel for Mr. Jackson and attempted in good faith to resolve the matters at issue in this Motion but the issue of party realignment remains unresolved. CWS and Citibank consent to this request.

Respectfully submitted, this 28th day of October, 2016.

/s/ David G. Guidry
David G. Guidry
Counsel for Third-Party Defendant
Home Depot U.S.A., Inc.
KING & SPALDING LLP
100 N Tryon Street
Suite 3900
Charlotte, NC 28202
Tel: 704.503.2640
Fax: 704.503.2622
dguidry@kslaw.com

Of Counsel:

S. Stewart Haskins
J. Andrew Pratt
KING & SPALDING LLP
1180 Peachtree Street, NE
Atlanta, GA 30309
Tel:  404.572.4600
Fax:  404.572.5100
shaskins@kslaw.com
apratt@kslaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Charles E. Raynal, IV
charlesraynal@parkerpoe.com
Matthew H. Mall
matthewmall@parkerpoe.com
PARKER POE ADAMS & BERNSTEIN LLP
301 Fayetteville Street, Suite 1400
Raleigh, NC 27601

Rashad Blossom
rblossom@blossomlaw.com
BLOSSOM LAW PLLC
324 Rensselaer Avenue
Charlotte, NC 28203

Daniel K. Bryson
dan@wbmllp.com
WHITFIELD BRYSON & MASON LLP
900 W. Morgon Street
Raleigh, NC 27603

William R. Terpening
terpening@terpmo.com
TERPENING MOORS PLLC
6733 Fairview Road, Suite C
Charlotte, NC 28210


This the 28th day of October, 2016.

*s/ David Guidry*
David Guidry (N.C. Bar No. 38675)
*Counsel for Third-Party Defendant*
*Home Depot U.S.A., Inc.*