**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-712-GCM**

| | |
|---|---|
| GEORGE W. JACKSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HOME DEPOT, USA, INC., et al, )<br>)<br>Defendant. )<br>)<br>)<br>)<br>)<br>)<br>) | **ORDER** |

THIS MATTER IS BEFORE THE COURT on the Motion for Admission *Pro Hac Vice* concerning **Janet R. Varnell** filed November 7, 2016 [Doc. # 21].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby **grants** the Motion.

In accordance with Local Rule 83.1, Ms. Varnell is admitted to appear before this court *pro hac vice* on behalf of Counter-Claimant and Third Party Plaintiff, George W. Jackson.

**IT IS SO ORDERED.**

Signed: November 8, 2016

Graham C. Mullen
United States District Judge